JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAWRENCE JEBURK, <br><br> Petitioner, <br><br> v. <br><br> FRANCISCO J. QUINTANA, Warden, <br><br> Respondent. | Case No. CV 16-4736-DFM <br><br> JUDGMENT |

Pursuant to the Court's Opinion and Order,

IT IS ADJUDGED that that the petition is denied and this action is dismissed without prejudice.

Dated: January 31, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge